**LAW OFFICES OF HENRY F. FURST**
ATTORNEYS AT LAW
52 UPPER MONTCLAIR PLAZA
UPPER MONTCLAIR, NEW JERSEY 07043

HENRY F. FURST

JOSHUA M. LURIE

MARK J. CINTRON
*Of Counsel*

TELEPHONE: (973) 744-4000
FACSIMILE: (866) 744-4483

August 23, 2010

**Via ECF**

Hon. Renee Marie Bumb, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, New Jersey 08101

   Re:  United States v. Angelo Soldevila
       Docket No. Crim. No. 09-738(RMB)

Dear Judge Bumb:

  I write to request the permission of the Court to release Mr. Soldevila's medical records which are currently in the possession of the Probation Division. I have been informed by Mr. Miguel Rivera that I need Your Honor's permission to have the Probation Division release these records to me.

  I have requested and received consent from the Assistant U.S. Attorney, Mr. Matthew Smith, Esq.

  Thank you for Your Honor's attention to this matter.

                Very truly yours,

                Henry F. Furst, Esq.

HFF:jml

              So Ordered this __24__ day
              of __August__, 20 __10__

                Renee Marie Bumb
                 U.S.D.J.